

275 Madison Avenue  |  26th Floor

New York, New York 10016

**T** 212.297.0700  |  **F** 212.297.0730

Hon. Vernon S. Broderick
United States District Judge                                October 11, 2019
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

Re:    Laurence T. Glickman, M.D. v. First Unum Life Insurance Company, 1:19-cv-05908 (VSB)

Dear Judge Broderick:

        The parties submit this joint letter to propose a briefing schedule regarding the scope of discovery pursuant to Your Honor's October 3, 2019 order on the record during the initial conference.

| Brief | Date | Page Length |
|---|---|---|
| Plaintiff's Initial | November 8, 2019 | 10 |
| Defendant's Opposition | November 22, 2019 | 10 |
| Plaintiff's Reply | December 6, 2019 | 5 |

/s/Matthew Maddox                              /s/Louis P. Di Giaimo
Matthew Maddox                               Louis P. Di Giaimo
*Counsel for Dr. Laurence T. Glickman*         *Counsel for First Unum Life Insurance Company*
RIEMER & ASSOCIATES, LLC                     MCELROY, DEUTSCH, MULVANEY &
                                             CARPENTER, LLP
275 Madison Avenue, 26th Floor               One Hovchild Plaza, 4000 Route 66
New York, New York 10016                     Tinton Falls, New Jersey 07753
P: 212-297-0700, Ext. 102                    P: 973-425-8843
F: 212-297-0730                              F: 732-922-2702
mmaddox@riemerlawfirm.com                    ldigiaimo@mdmc-law.com