USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lawrence T. Glickman, MD,

                Plaintiff,

-against-

First UNUM Life Insurance Company,

                Defendant.

1:19-cv-05908 (VSB) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (ECF No. 26.)

The parties shall appear via Telephone for a conference in the above-captioned matter on Wednesday, February 12, 2020, at 11:00 a.m. EST. During the conference, the parties should be prepared to discuss Plaintiff's motion for discovery. (ECF No. 17.) The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line.

**SO ORDERED.**

DATED:    New York, New York
             February 5, 2020

_____
STEWART D. AARON
United States Magistrate Judge