UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lawrence T. Glickman, M.D.,

                      Plaintiff,

-against-

First UNUM Life Insurance Company,

                      Defendant.

1:19-cv-05908 (VSB) (SDA)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2020

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference held with the parties on February 12, 2020 and for the reasons stated on the record, it is ORDERED, that:

(1) No later than fourteen days from the date of this Order, Plaintiff shall provide to Defendant proposed discovery requests (e.g., interrogatories, document requests and / or Federal Rules of Civil Procedure 30(b)(6) topics);

(2) No later than fourteen days from the date of this Order, Defendant shall provide to Plaintiff a log of documents it contends are privileged in compliance with Federal Rules of Civil Procedure 265(b)(5); and

(3) The parties shall meet and confer and, no later than March 31, 2020, file a joint letter setting forth any disputes with respect to Plaintiff's proposed discovery requests or Defendant's log of privileged documents.

**SO ORDERED.**

DATED:    New York, New York
               February 12, 2020

_____
STEWART D. AARON
United States Magistrate Judge