```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lawrence T. Glickman, M.D.,

                      Plaintiff,

-against-

First UNUM Life Insurance Company,

                      Defendant.

1:19-cv-05908 (VSB) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    No later than Wednesday, July 1, 2020, the parties are directed to submit a joint letter regarding the status of discovery in this action and indicate whether any party intends to file a dispositive motion. If discovery is not complete, the parties shall propose a deadline for the completion of discovery.

**SO ORDERED.**

DATED:    New York, New York
              June 24, 2020

_____
STEWART D. AARON
United States Magistrate Judge