```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAURENCE T. GLICKMAN, M.D.

                    Plaintiff,

-against-

FIRST UNUM LIFE INSURANCE COMPANY

                    Defendant.

---

Index No. 1:19-CV-05908 (VSB) (SDA)

**NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, Plaintiff respectfully requests that the Court order the withdrawal of Matthew Maddox as counsel to Plaintiff and no longer send him docketing notifications via the ECF system.

As of September 7, 2022, Mr. Maddox will no longer be associated with Riemer Hess LLC. Attorneys of Riemer Hess will continue their representation of Plaintiff, including Scott Madison Riemer and Jennifer Lynn Hess. Mr. Maddox's withdrawal will have no effect on the calendar for this action. Mr. Maddox is not asserting a retaining or charging a lien.

A copy of this motion will be sent to Plaintiff, and it will be served via ECF to all parties.

Dated:        New York, New York
                September 1, 2022

Request GRANTED. SO ORDERED.
Dated: 9/2/2022

*[signature: Stewart D. Aaron]*

By:  */s/ Matthew Maddox*
      Matthew Maddox (MM8359)
      RIEMER HESS LLC
      *Attorneys for Plaintiff*
      275 Madison Avenue, 26th Floor
      New York, New York 10016
      (212) 297-0700
      mmaddox@riemerhess.com