UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURENCE T. GLICKMAN, M.D.,

          Plaintiff,

v.

FIRST UNUM LIFE
INSURANCE COMPANY,

          Defendant.

Civil Action No.: 1:19-cv-05908 (VSB)

## ORDER-CONSENT ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS on June 7, 2023, this court entered an opinion and order granting summary judgment in favor of the plaintiff, Laurence T. Glickman, M.D., which order directed the parties report whether the matter should be referred to a magistrate judge for an inquest on damages; and

WHEREAS the parties have reported to the court that they have amicably adjusted and resolved all issues relating to damages, attorneys fees, interest and costs, and all other matters at issue in this lawsuit, and

WHEREAS counsel for the parties have consented to the dismissal of this civil action, the same be and hereby is dismissed, with prejudice.

November 17, 2023

HONORABLE VERNON S. BRODERICK, U.S.D.J.

The undersigned parties hereby consent to the form, content and entry of the within order.

**Riemer Hess, LLC**
Attorneys for Plaintiff,
Laurence T. Glickman, M.D.

By: /s/Ryan McIntyre
      Ryan McIntyre, Esq.
Dated: November 14, 2023

**MCELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP**
Attorneys for Defendant, First Unum Life
Insurance Company

By: /s/ Louis P. DiGiaimo
      Louis P. DiGiaimo, Esq.
Dated: November 14, 2023